[No. 27239-7-III.  Division Three.  May 12, 2009.]

JEREMY A. HAMBLY ET AL., *Appellants*, v. SPLITTING KINGS 2, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-02402-1, Gregory D. Sypolt, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 26713-0-III.  Division Three.  May 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CANDICE LEIGH POYNER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-8-00667-6, John M. Antosz, J., entered December 10, 2007. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 26862-4-III.  Division Three.  May 14, 2009.]

SCOTT LEE STOLLER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 02-2-00213-8, Robert L. Zagelow, J., entered January 8, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27322-9-III.  Division Three.  May 14, 2009.]

CRAIG MASON, *Appellant*, v. COLUMBIA BASIN COLLEGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-2-50411-0, Walter R. Brown, J. Pro Tem., entered June 20, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.